**Copyrights-In-Suit for IP Address 68.60.140.87**

**ISP:** Comcast Cable
**Location:** Grand Blanc, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 12/20/2012 |
| Connie True Love | PA0001775903 | 02/08/2012 | 02/17/2012 | 11/08/2012 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 09/26/2012 |
| Fucking Perfection | PA0001789507 | 06/24/2011 | 05/11/2012 | 09/26/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 12/07/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/06/2012 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/16/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/04/2013 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 12/15/2012 |
| Prelude to Passion | PA0001816166 | 11/27/2012 | 12/11/2012 | 12/04/2012 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 11/07/2012 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 02/15/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/04/2012 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 12/07/2012 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 01/04/2013 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 12/15/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/15/2012 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 09/26/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  18**

EXHIBIT B

NEMI84