## Expanded Surveillance of IP Address 68.60.140.87

**ISP:** Comcast Cable
**Location:** Grand Blanc, MI

| Hit Date UTC | Filename |
|---|---|
| 05/01/2013 | [BKT] Bokusatsu Tenshi Dokuro-chan Vol. 2 01+04 (SUB ITA).avi |
| 05/01/2013 | Czechav - CzechAmateurs.73 |
| 05/01/2013 | InTheVip_make_it_nasty_big.mp4 |
| 04/30/2013 | 18+ Teeny Club.rar |
| 04/29/2013 | Good Deeds 2012 DVDRip XviD-TWiZTED |
| 04/28/2013 | iGenius.How.Steve.Jobs.Changed.The.World.2011.DVDRip.XviD-BiQ[rarbg] |
| 04/28/2013 | CzechCasting.13.04.28.Kristyna.4409.XXX.720p.MP4-KTR[rarbg] |
| 04/28/2013 | Russian Institute Lesson 17 - Sex Lesson - Morgan Moon.mp4 |
| 04/28/2013 | Czechav - CzechStreets 65.wmv |
| 04/28/2013 | prnfle1201x.wmv |
| 04/28/2013 | Czech Casting – Josefina |
| 04/28/2013 | [ www.Torrenting.com ] - iGenius.How.Steve.Jobs.Changed.The.World.2011.DVDRip.XviD-BiQ |
| 04/28/2013 | AmateurLapdancer.13.04.14.Petra.Pierced.Pussy.Is.Back.XXX.MP4-KTR[rarbg] |
| 04/26/2013 | 18YearsOld - Dillion Harper - College Fuck Fest (720p).wmv |
| 04/26/2013 | ABBA-THE.MOVIE.1977.2005.DVDrip.XviD.AC3-Mr_KeFF |
| 04/26/2013 | GirlsLeftAlone.13.04.25.Martina.With.Big.Tits.XXX.HR.WMV-VSEX[rarbg] |
| 04/26/2013 | dm_dillon_harper_480p_1000.mp4 |
| 04/26/2013 | Dillion Harper - Dillions Last Stand HD720p (reshi5531) |
| 04/25/2013 | [ www.TorrentDay.com ] - Conan.2013.01.16.Marion.Cotillard.480p.HDTV.x264-mSD |
| 04/24/2013 | Busty British Bimbos.wmv |
| 04/24/2013 | X-Art - Anneli, Ivy - The Masseuse (720p).wmv |

EXHIBIT C

NEMI84

| Hit Date UTC | Filename |
|---|---|
| 04/23/2013 | Unreal Engine 4 |
| 04/23/2013 | RealExGirlfriends - Poolside Beauty - Lacey Channing [720p].wmv |
| 04/23/2013 | BigNaturals - Heavy On Top - Lily.Lovely |
| 04/23/2013 | Kristy.Snow.MyGirlfriendsBustyFriend.2013.HD_iyutero.com.mp4 |
| 04/23/2013 | Teens.With.Tits.16.XXX.DVDRip.x264-SWE6RUS[rarbg] |
| 04/23/2013 | Kristy Snow (20.03.2013) Cocaine.wmv |
| 04/22/2013 | Broken.City.2012.480p.BDRip.XviD.AC3-BiDA |
| 04/21/2013 | Watch.What.Happens.Live.Season.9.Episode.70.Fantasia.Barrino.HDTV.x264-BALLISTIC |
| 04/20/2013 | Sexy Russian Amateur Brunette.avi |
| 04/20/2013 | Teen.BFF.Lily.Love.And.Karlie.Montana.Pillow.Fight.XXX.pornalized.mpg |
| 04/06/2013 | Tron (1982) [1080p] |
| 04/06/2013 | DangerCore.12.03.25.Sara.Stone.Excellent.Fuck.XXX.1080p.WMV-YAPG[rbg] |
| 04/06/2013 | 21Sextury - Hey dollface - Tiffany Doll 1080p].mp4 |
| 04/06/2013 | mfstromijohnny_720.mp4 |
| 04/06/2013 | btcp11549_800.mp4 |
| 04/05/2013 | WeLiveTogether.13.04.04.Malena.Morgan.And.Lily.Love.Cum.Squat.XXX.1080p.MP4-KTR[rarbg] |
| 04/05/2013 | Not.The.Bradys.XXX.4.Marcia.Goes.To.College.XXX.DVDRip.x264-Jiggly |
| 04/05/2013 | Twistys.13.03.22.Ashley.Graham.Backyard.Play.XXX.720p.MP4-KTR[rarbg] |
| 04/04/2013 | 18XGirls - Red Haired Gianna Gets Her Best Plowing [1080p].mp4 |
| 04/03/2013 | XArt.Bunny.Another.Night.XXX.pornalized.com.wmv |
| 04/02/2013 | Orgasms - Up Inside Her - Nataly [1080p].mp4 |
| 04/02/2013 | Orgasms.13.04.30.Nataly.Up.Inside.Her.XXX.1080p.MP4-KTR |
| 04/02/2013 | Homemade fun with a beautiful young wife.avi |
| 04/02/2013 | Orgasms.Nataly.Angelo.Here.And.Now.14.02.2013.SD.mov |
| 03/31/2013 | dm_tessa_lane_kl013013_1080p_12000.mp4 |

EXHIBIT C

NEMI84

| Hit Date UTC | Filename |
|---|---|
| 03/31/2013 | shesnew_roxy_lovette_full_hi_720hd.mp4 |
| 03/31/2013 | Tessa.Lane.Porn.Fidelity.Whores.Chores.XXX.pornalized.com.mp4 |
| 03/29/2013 | Test Hard tek hypnotik de NarKoTripsy Live @ Moustikatak- X-apulss- LuSiD Tribe www.lusidtribe.forumactif.com.mp3 |
| 03/29/2013 | Various Artists - The Power Of Love 2013 Pop 320kbps CBR MP3 [VX] [P2PDL] |
| 03/29/2013 | money_makers_big.mp4 |
| 03/29/2013 | Arianna Sinn - Ride Her, Cowboy HD 720p |
| 03/29/2013 | TheDickSuckers.13.03.18.Tessa.Lane.Big.Boobs.Bigger.Pop.XXX.1080p.MP4-KTR[rarbg] |
| 03/29/2013 | btra11352_1500-kweli.mp4 |
| 03/29/2013 | Roxy.Lovette.Foxy.roxy.Pure18.2013_iyutero.com.mp4 |
| 03/29/2013 | dm_tessa_lane_480p_2000.mp4 |
| 03/29/2013 | Big Naturals - Aurora Rose 03.20.2013. (Squeeze Me) |
| 03/29/2013 | Stacey Poole |
| 03/28/2013 | v400010 - Leony April_720.wmv |
| 03/28/2013 | Arianna.Sinn.Hot.Chicks.Of.Eastern.Europe.Voluptuous.2013.HD_iyutero.com.wmv |
| 03/28/2013 | Voluptuous.13.02.13.Anji.Ross.The.Girl.They.Call.The.Body.wmv |
| 03/28/2013 | concepts in electric circuits by [Dr. Wasif Naeem].pdf |
| 03/28/2013 | prnfle1304x.wmv |
| 03/26/2013 | BustyAdventures.12.07.18.Christina.Jolie.Anxious.For.Cum.On.My.Tits.Remastered.XXX.HR.MP4-OHRLY |
| 03/26/2013 | rws_anissa_ava_480p_1000.mp4 |
| 03/26/2013 | Natalia_Passion Touch_750.mp4 |
| 03/26/2013 | Petra.Petra.Lets.Out.Her.Big.Boobs.To.Get.Pounded.18XGirls.2013.FullHD_iyutero.com.wmv |
| 03/26/2013 | ATKGalleria.13.03.11.Evi.Fox.Action.XXX.1080p.MP4-KTR[rarbg] |
| 03/26/2013 | Voluptuous.13.03.25.Gya.The.Wonders.Of.Gya.XXX.720p.WMV-KTR[rarbg] |
| 03/26/2013 | MilfSoup - Girl Walks In On Her Boyfriend - Ava Addams.mp4 |

EXHIBIT C

NEMI84

| Hit Date UTC | Filename |
|---|---|
| 03/26/2013 | Michaela.wmv |
| 03/26/2013 | ScoreHD.13.01.18.Alanna.Ackerman.More.To.Fuck.XXX.720p.WMV |
| 03/26/2013 | BigNaturals.13.01.02.Jasmine.Maybach.Breast.Seduction.XXX.1080p.x264-SEXORS[rbg] |
| 03/26/2013 | X-Art - Mia M - Marvelous Mia - March 2013.mp4 |
| 03/25/2013 | Big Dick In A Little Chick 3 - Evi Foxx.mp4 |
| 03/24/2013 | Lily Love - Masked Lover - Passion-HD.wmv |
| 03/24/2013 | Holly Michaels_Yoga Butt_1920.wmv |
| 03/24/2013 | Jasmine Maybach XXX (2012) |
| 03/23/2013 | lacey.wmv |
| 03/23/2013 | Dillion Harper_Wet Massage_750.mp4 |
| 03/23/2013 | Addison.Circles.Of.Bliss.XArt.2013_iyutero.com.mov |
| 03/23/2013 | holly_picture_perfect_750.mp4 |
| 03/23/2013 | Passion-HD - Kennedy Leigh.mp4 |
| 03/23/2013 | Mia_Flexible Arrangement_750.mp4 |
| 03/23/2013 | Stimulating Story_750.mp4 |
| 03/23/2013 | Passion-HD - Kendall.Karson |
| 03/23/2013 | Joymii.12.01.08.Ariel.And.Lily.B.Morning.Lovers.XXX.720p.WMV-KTR |
| 03/22/2013 | Puta Locura - Julia Sweet HD 720p |
| 03/22/2013 | prnfle1912x.wmv |
| 03/22/2013 | [UsaBit.com]_Pirates of Silicon Valley 1999 DVDRip x264-REQU3ST.mkv |
| 03/21/2013 | Cindy.Hope.Lily.Love.Dont.just.watch.Fuck.them.ClubSandy.2009_iyutero.com |
| 03/20/2013 | Lily Love - Physical Elation HD 720p |
| 03/19/2013 | Reps! - 50 Tips to Get Absolutely Ripped (JanuaryFebruary 2013) |
| 03/19/2013 | Natalia.Lily.Look.Love.HDLove.2013.HD_iyutero.com |
| 03/18/2013 | siri-8366v1.mp4 |

EXHIBIT C

NEMI84

| Hit Date UTC | Filename |
|---|---|
| 03/18/2013 | WeLiveTogether.13.01.10.Lily.Love.And.Jessica.Rayne.Massage.Me.XXX.1080p.MP4-KTR[rbg] |
| 03/18/2013 | prnfle1875x.mp4 |
| 03/18/2013 | Krista.James.Shes.new.to.bangbros.with.perfect.tits.BigTitsRoundAsses.2013.HD_iyutero.com |
| 03/18/2013 | Lily.Carter.Lilys.Oral.Excavations.DeepThroatLove.2012.HD_iyutero.com.wmv |
| 03/18/2013 | Anilos.13.03.21.Lily.Lovely.Evening.Wear.XXX.720p.WMV-SEXORS |
| 03/18/2013 | lusty_lickers_big.wmv |
| 03/18/2013 | Nik and Jay - I Love Ya.avi |
| 03/18/2013 | prnfle947x.mp4 |
| 03/18/2013 | The Book of General Ignorance - Lloyd and Mitchinson [epub] [Qwerty80] |
| 03/18/2013 | spi_lilylove-wmvFullHigh-1.wmv |
| 03/18/2013 | Lily.Love.Pure.curves.MonsterCurves.2013.HD_iyutero.com.mp4 |
| 03/17/2013 | Christina.Jolie.Christina.Jolie.Has.Big.Natural.Boobs.And.Very.Sexy.Glasses.Private.2013.HD_iyutero.com.mp4 |
| 03/17/2013 | Gianna.Videosz.2012.HD_iyutero.com.mp4 |
| 03/16/2013 | College Girls Are Sexy.mp4 |
| 03/16/2013 | Manowar-King of Kings3.rar |
| 03/16/2013 | X-Art.13.03.15.Kiera.Late.For.Work.XXX.1080p |
| 03/16/2013 | x-art_kiera_seth_late_for_work_540.mp4 |
| 03/16/2013 | sexy_ava_big-kweli.mp4 |
| 03/16/2013 | x-art_kaylee_apartment_in_madrid_540-chkm8te.mp4 |
| 03/16/2013 | NINJA COMMANDO 5 |
| 03/16/2013 | btra11167_1500.mp4 |
| 03/16/2013 | x-art_mia_danny_red_satin_1080p |
| 03/16/2013 | X-Art.13.02.24.Lexi.Tyler.Ready.For.Bed.XXX.1080p.MP4-KTR[rarbg] |
| 03/13/2013 | ATK Hairy - Aeryn Walker 001 - 10 clips |

EXHIBIT C

NEMI84

| Hit Date  UTC | Filename |
|---|---|
| 03/12/2013 | Amazing Spider-Man 699 (2013)(digital-TheGroup)(- Nem -).cbr |
| 03/11/2013 | 0039-[X-ART]-beautiful.porn.scenes.by.LOLY1[15 clips][716x400] |
| 03/11/2013 | ATK Hairy - Emma 015 - 2 clips |
| 03/11/2013 | El.Aura[DVDscreener][www.torrentgo.com] |
| 03/11/2013 | ATKGalleria.13.02.21.Natalie.Heart.Toys.XXX.1080p.MP4-KTR[rarbg] |
| 03/10/2013 | HotAndMean.13.02.26.Eva.Notty.And.Ashley.Graham.Strip.Search.Sluts.XXX.1080p.MP4-KTR[rarbg] |
| 03/10/2013 | Babes.13.02.28.Ashley.Graham.Fuel.To.The.Fire.XXX.1080p.MP4-KTR[rarbg] |
| 03/10/2013 | ATK Hairy Galleria - Monica mon095 - 4 - 831 pics in 5 sets |
| 03/10/2013 | Twistys.com_13.02.19.Ashley.Graham.Sunny.Delight.XXX.IMAGESET-FuGLi[rarbg] |
| 03/09/2013 | Sensual.Jane.Juega.Pelota.Con.Mis.Huevos.TetangasEspanolas.2012.HD_iyutero.com.mp4 |
| 03/09/2013 | [CFR] Ginga e Kickoff!! - 34 [720p].mp4 |
| 03/09/2013 | v400020 - Coco de Mal_720.wmv |
| 03/09/2013 | Stupri.Italiani.16-Violenza.operaia.ITALIAN.XXX |
| 03/09/2013 | SexArt.13.03.09.Casey.Calvert.Tropic.XXX.1080p.MP4-KTR[rarbg] |
| 03/09/2013 | CD1 |
| 03/09/2013 | rock-paper-scissors-1.0.0.exe |
| 03/09/2013 | Roccos.Abbondanza.Big.Natural.Boobs.BTS.XXX.720p.WEBRiP.MP4-OHRLY[rarbg] |
| 03/09/2013 | Blondie sucking cock before riding her guy - cumming inside her pussy.avi |
| 03/08/2013 | InnocentHigh - Ur D In My V - Evi Fox [720p].mp4 |
| 03/08/2013 | Natasha.Dos.pollas.y.una.enfermera.PutaLocura.2012.HD_iyutero.com.wmv |
| 03/08/2013 | PutaLocura - Ivanka Modelo, Valeria X [720p].wmv |
| 03/08/2013 | Czechav - CzechStreets 64.wmv |
| 03/08/2013 | Private.Ficktreffen.28.GERMAN.XXX |
| 03/08/2013 | Liz.Annonymous.PutaLocura.2013.HD_iyutero.com.wmv |
| 03/08/2013 | Putalocura - Lady in the street - Ali Cat XVID |

EXHIBIT C

NEMI84

| Hit Date UTC | Filename |
|---|---|
| 02/18/2013 | Keiyra.Lina.French.With.Some.Amazing.Tits.BigTitsRoundAsses.2013.HD_iyutero.com.mp4 |
| 02/18/2013 | The Lost Footage ~ Christy Canyon ~ [RRG]{Brego} |
| 02/18/2013 | mgbfjessicaarmando_qt.mp4 |
| 02/18/2013 | x-art_connie_sacred_romance_540.wmv |
| 02/18/2013 | noromialan_qt.mp4 |
| 02/18/2013 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 02/18/2013 | Delingsfiler |
| 02/18/2013 | rws_yurizan_beltran_bb013013_480p_1000.mp4 |
| 02/17/2013 | Angelica.Raven.in.Huge.Boobs.Galore.6.Busty.Beauties.Hustler.2012.HD_iyutero.com.mp4 |
| 02/17/2013 | Bluetooth Remote Controller |
| 02/17/2013 | Polumgla.avi |
| 02/17/2013 | DanielleFtv.E85.Easter.Ecstasy.XXX.720p.WMV-DANIELLEFTV |
| 02/17/2013 | Slayer 18cd.rar |
| 02/17/2013 | Jessica Moore Has Huge Natural Boobs Private.com 23.11 720p |
| 02/17/2013 | Big Tits At School - Capri Cavanni (Hot And Taught).mp4 |
| 02/17/2013 | x-art_gianna_addison_seeing_double_540.wmv |
| 02/17/2013 | MilfSoup Angelica Raven Afternoon Delight.wmv |
| 02/17/2013 | General.Hospital.S50E14.12673.HDTV.XviD-ASAP[ettv] |
| 02/17/2013 | DanielleFTV  Danielle |
| 02/17/2013 | Jessica.Moore.A.Perfect.Blonde.With.Big.Natural.Tits.Introducing.Jessica.Moore.Private.2013.FullHD_iyutero.com.mp4 |
| 02/17/2013 | DanielleFtv.E84.Casual.Encounters.XXX.720p.WMV-DANIELLEFTV |
| 02/17/2013 | Jessica.Bangkok.Kevin.Moore.Titty.Creampies.4.Scene.2.EvilAngel.2013.HD_iyutero.com.mp4 |
| 02/17/2013 | Honey.DeJour.White.On.Rice.Scene.5.Whiteghetto.2012_iyutero.com.mp4 |
| 02/17/2013 | Twistys.12.11.14.Danielle.Portraits.Of.Lust.XXX.720p.x264-SEXORS[rbg] |

EXHIBIT C

NEMI84

| Hit Date UTC | Filename |
|---|---|
| 02/17/2013 | DangerCore.12.11.02.Jessica.Moore.Moore.Please.XXX.720p.WMV-YAPG[rarbg] |
| 02/17/2013 | prnfle1651x.avi |
| 02/17/2013 | !!! Belga 3 !!! |
| 02/17/2013 | prnfle1138x.wmv |
| 02/17/2013 | Supernatural.S07E17E18.German.Dubbed.BDRip.XviD-ITG |
| 02/16/2013 | Putalocura - Polina HD 720p |
| 02/16/2013 | pussy_passenger_big.mp4 |
| 02/16/2013 | ECT_011_Linnet.wmv |
| 02/16/2013 | Putalocura - In bed with Torbe - Carmen Lomama [720p].wmv |
| 02/16/2013 | Made.In.Brazil.3.XXX.DVDRiP.XviD-DivXfacTory |
| 02/16/2013 | PutaLocura.com - In Torbe's Bed - Linnet [720p].wmv |
| 02/16/2013 | Putalocura - Pusia HD 720p |
| 02/15/2013 | x-art - Mary (Pure Passion) 1080p |
| 02/15/2013 | Sweet Amateur Teen with Big Tits Fucked on Cam.avi |
| 02/15/2013 | Skyfall (2012) [1080p] |
| 02/15/2013 | btcp11139_1500-chkm8te.mp4 |
| 02/15/2013 | Big Naturals - Katerina |
| 02/15/2013 | X-Art - Mary, Anneli (Afternoon Picnic) HD 1080P |
| 02/15/2013 | BigTitCreamPie - Keiyra Lina (Keiyra The French Doll) HD 720P |
| 02/15/2013 | Creampie Young Girls #1.mp4 |
| 02/15/2013 | BigNaturals - Keiyra Lina XVID |
| 02/15/2013 | KellyMadison - Bejeweled And Beguiled mov |
| 02/15/2013 | MyGirlfriendsBustyFriend - Scarlett Monroe XVID |
| 02/15/2013 | VA - Italia Dance Revolution (2006) - Dance [www.torrentazos.com].rar |
| 02/15/2013 | Deadfall 2012 LIMITED 720p BRRip x264 AC3-JYK |

EXHIBIT C

NEMI84

| Hit Date  UTC | Filename |
|---|---|
| 02/15/2013 | [ www.UsaBit.com ] - Here Comes The Boom 2012 BRRip XviD AC3-SANTi |
| 01/06/2013 | PutaLocura Katerina Bukkake 720p.wmv |
| 01/05/2013 | Danielle FTV Good Morning Wood 720p.wmv |
| 01/05/2013 | Grand Theft Auto Vice City - PC |
| 01/05/2013 | FTV.2012-12.Katherine.XXX.[Pirates-Vault] |
| 01/05/2013 | ATKGalleria.13.01.03.Evi.Fox.Masturbation.XXX.1080p.x264-SEXORS[rbg] |
| 01/04/2013 | Danielle FTV Danielle And Brad Thunders.avi |
| 01/04/2013 | Mikes Apartment - Just Amazing - Isabella Chrystin [432] [mp4] |
| 01/04/2013 | Wifeys World - Call Girl Suck And Fuck HD 720p |
| 01/04/2013 | prnfle1057x.wmv |
| 01/04/2013 | Jessica_750-chkm8te.mp4 |
| 01/04/2013 | Wifeys World - Boots And Hoots HD 720p |
| 01/04/2013 | 12.12.28.Jessica Robbin_MyWifesHotFriend_ImgZilla.mp4 |
| 01/04/2013 | The.Avengers.2012.1080p.BluRay.3D.H-SBS.DTS.x264-PublicHD |
| 01/04/2013 | pwg11192_1500.mp4 |
| 01/04/2013 | DDFBusty.13.01.02.Sensual.Jane.Sin.Time.With.Sensual.Jane.XXX.1080p.MP4-KTR[rbg] |
| 01/04/2013 | BangBrosRemastered_Sara Stone_12.09.16.mp4 |
| 01/04/2013 | Holly.Brooks.Cum.On.These.34.Double.D.Tits.BigTitsRoundAsses.2013.HD_iyutero.com.mp4 |
| 01/04/2013 | FTVGirls.12.11.10.Alice.Hard.Penetration.XXX.1080p.WMV-IEVA[rbg] |
| 01/04/2013 | Wifeys World - Gas Ration HD 720p |
| 01/04/2013 | x-art_baby_together_again_720.mp4 |
| 01/04/2013 | x-art_baby_together_again_1080.mp4 |
| 01/04/2013 | Wifeys World - Xmas Lights Fuck And Suck HD 720p |
| 01/04/2013 | x-art_angie_morning_desires_720.wmv |
| 12/30/2012 | Passion For Roses_950.mp4 |

EXHIBIT C

NEMI84

| Hit Date UTC | Filename |
|---|---|
| 12/30/2012 | Anissa.Kate.Natural.Beauty.BigNaturals.2012.HD_iyutero.com.mp4 |
| 12/30/2012 | Evi.Fox.Love.the.funbags.BigNaturals.2012_iyutero.com.mp4 |
| 12/30/2012 | RealExGirlfriends  Anissa Kate wmv |
| 12/30/2012 | Anissa.Kate.Cum.In.A.Pussy.Is.A.French.Pastry.BigTitCreamPie.10.28.12.HD_iyutero.com.mp4 |
| 12/30/2012 | Anissa_750.mp4 |
| 12/30/2012 | PureMature - Flexible Body - Anissa Kate.mp4 |
| 12/30/2012 | 465_anissa_kate_full-hd_360p.mp4 |
| 12/30/2012 | Dexter.The.Game.2.PC.RELOADED |
| 12/30/2012 | Divine Whores  Anissa Kate |
| 12/30/2012 | perfect_pussy_big-540.mp4 |
| 12/30/2012 | My Dads Hot Girlfriend - Anissa Kate and Breanne Benson |
| 12/29/2012 | Real Amateur Porn 21 .avi |
| 12/29/2012 | CzechAv - CzechAmateurs 55 [720p].wmv |
| 12/29/2012 | Big Naturals - Adella Skyy (So Convenient).mp4 |
| 12/29/2012 | prnfle327x.mp4 |
| 12/28/2012 | Amateur Couple Loves Good Home Sex.avi |
| 12/28/2012 | Performers Of The Year 2013.mp4 |
| 12/27/2012 | CzechAv  CzechAmateurs 54 |
| 12/27/2012 | FuckedHard18 - Eve Evans.wmv |
| 12/27/2012 | MyFriendsHotGirl.12.12.18.Tessa.Lane.XXX.1080p.x264-SEXORS[rbg] |
| 12/27/2012 | CzechAmateurs.56.720p.wmv |
| 12/27/2012 | Czech Amateurs - Episode 25 HD 720p |
| 12/26/2012 | Dripping Pleasure - Tasha Reign |
| 12/26/2012 | x-art_angelica_naughty_and_nice_1080.mov |
| 12/22/2012 | 18AndNastyGirls.11.02.19.Whitney.Stevens.XXX.MPG |

EXHIBIT C

NEMI84

| Hit Date UTC | Filename |
|---|---|
| 12/21/2012 | X-Art 12 12 18 Gianna A Love Story XXX 1080p MOV-KTR |
| 12/21/2012 | Gianna.A.Love.Story.XArt.2012.FullHD_iyutero.com.wmv |
| 12/19/2012 | OpenGL Insights |
| 12/19/2012 | Eva Notty - Sucking and Fucking Christian HD 720p |
| 12/19/2012 | Maserati.Eva.Notty.DDFBusty.2012.HD_iyutero.com.mp4 |
| 12/19/2012 | HouseOfTaboo.12.10.25.Sensual.Jane.And.Jelena.Jensen.Paying.For.Her.Sins.XXX.1080p.MP4-KTR[rbg] |
| 12/19/2012 | Eva.Notty.Big.Tit.Slut.Fuck.My.Tits.JulesJordan.2012.FullHD_iyutero.com.mp4 |
| 12/19/2012 | mfhmevadanny_qt.mp4 |
| 12/19/2012 | DDFBusty - Jelena Jensen - So Much to Cum Over xXx.mp4 |
| 12/19/2012 | MomPov.E112.Eva.Notty.Bts.XXX.720p.MP4-KTR[rbg] |
| 12/19/2012 | OpenGL Insights.pdf |
| 12/18/2012 | HotLegsAndFeet.12.11.22.Jelena.Jensen.Seamed.Stocking.Stunner.XXX.1080p.x264-SEXORS[rbg] |
| 12/18/2012 | Can He Score - Jessica Moore HD 720p |
| 12/18/2012 | CzechAv - CzechAmateurs 52 - Katerina [720p].wmv |
| 12/18/2012 | ohrly-ww930uw.wmv |
| 12/18/2012 | Jelena Jensen Hardcore Webchat.mp4 |
| 12/18/2012 | Jessica.Moore.Mail.Order.Bride.Bang.RealWifeStories.2012.HD_iyutero.com.mp4 |
| 12/18/2012 | WifeysWorld.12.09.08.Milf.Audition.XXX.720p.WMV |
| 12/18/2012 | Arbitrage (2012) |
| 12/18/2012 | nicole-hd-1.wmv |
| 12/18/2012 | nicole-mp4-1.mp4 |
| 12/18/2012 | ohrly-ww908ma.wmv |
| 12/18/2012 | Jelena.Jensen.So.Much.to.Cum.Over.DDFProd.2012.FullHD_iyutero.com.mp4 |
| 12/17/2012 | Young Legal Porn - Candice Luca HD 1080p |
| 12/17/2012 | Katerina - So Busty |

EXHIBIT C

NEMI84

| Hit Date UTC | Filename |
|---|---|
| 12/17/2012 | Demo_Builder_7.2.1_portable_by_Mr.Elm |
| 12/17/2012 | TwistysHard - Ann Marie Rios.wmv |
| 12/17/2012 | Mad.Sex.Party.Picking.Up.Pussy |
| 12/16/2012 | 12.12.12.Evi Fox_BigNaturals_ImgZilla.mp4 |
| 12/15/2012 | X-Art-Gianna (Morning Tryst ) |
| 12/15/2012 | Alex.Cross.2012.BRRIP.XVID.AC3-SPIRO |
| 12/15/2012 | chigi-pg-acth.mp4 |
| 12/15/2012 | una moglie in prestito.flv |
| 12/15/2012 | The.Bourne.Legacy.2012.DVDRip.XviD-NEUTRINO (SilverTorrent) |
| 12/15/2012 | chigi-pitm-2.mp4 |
| 12/15/2012 | X Art  Addison |
| 12/15/2012 | X-Art - Unforgettable View Part 1 - Addison [720p].mov |
| 12/15/2012 | Pirates vol. 2 XxX - Stagnetti's Revenge [DvdRip].avi |
| 12/11/2012 | Mommy.Got.Boobs.15.XXX.DVDRiP.x264-DivXfacTory |
| 12/11/2012 | newly married couples Honeymoon video.mp4 |
| 12/11/2012 | Cuties.4.XXX.mp4 |
| 12/10/2012 | My Dads Hot Girlfriend 13 XXX DVDRip x264 Pr0nStarS |
| 12/07/2012 | Invasion.S01E12.HDTV.XviD-LOL.avi |
| 12/07/2012 | BigNaturals_Ellie_12.09.12.mp4 |
| 12/07/2012 | X-Art.12.11.23.Connie.Heart.And.Soul.XXX.1080p.MOV-KTR[rbg] |
| 12/07/2012 | X-Art - Tarde Espanola - Addison [720p].mp4 |
| 12/06/2012 | PassionHD - Sasha (Cabana Delight).wmv |
| 12/06/2012 | X-Art - Inside Perfection - Angelica [720p].mov |
| 12/05/2012 | sexo-xart-gianna-121127.mov |
| 12/05/2012 | Musikresan 180 (2007) |

EXHIBIT C

NEMI84

| Hit Date  UTC | Filename |
|---|---|
| 12/05/2012 | Gianna.Prelude.To.Passion.XArt.2012.HD_iyutero.com.wmv |
| 12/05/2012 | Law.And.Order.CI.S05E04.HDTV.XviD-LOL |
| 12/02/2012 | Latina Sex Tapes - Wild Nudist Girlfriend - Evi Fox [480p] [wmv] |
| 12/01/2012 | Creampie-Angels.12.12.01.Monika.XXX.720p.WMV-KTR[rbg] |
| 12/01/2012 | mfhmjanessabuck_1080.mp4 |
| 12/01/2012 | FTVGirls.12.10.13.Romi.Sensual.and.Sexy.XXX.1080p.WMV-IEVA[rbg] |
| 11/30/2012 | FTVGirls.12.10.13.Romi.Extreme.Dildos.XXX.1080p.WMV-IEVA[rbg] |
| 11/30/2012 | ham_romi_sarah_jd111312_720p_8000_2.mp4 |
| 11/29/2012 | Пьяная Алена с Вадиком.avi |
| 11/29/2012 | The Perfect Student 2011 DvdRip x264-UnKnOwN |
| 11/29/2012 | The.Apparition.2012.BDRip.XviD-SPARKS |
| 11/29/2012 | NaughtyRichGirls - Madison Ivy.wmv |
| 11/28/2012 | ThirdMovies.12.08.31.Molly.Bennett.XXX.1080p.MP4-VSEX[rbg] |
| 11/28/2012 | JulesJordan  Molly Bennett |
| 11/27/2012 | la moglie abusata.flv |
| 11/27/2012 | Sunday Motard II.wmv |
| 11/27/2012 | Jesse.Jane.Home.Work.XXX.BDRip.XviD-STARLETS |
| 11/27/2012 | 18OnlyGirls - Discovering A New World - Monroe [1080p].mp4 |
| 11/27/2012 | Wife.Switch.17.XXX.DVDRiP.x264-DivXfacTory |
| 11/27/2012 | BigTitsInUniform.12.11.17.Tessa.Lane.Inglourious.French.Maids.Part.2.XXX.1080p.MP4-KTR[rbg] |
| 11/20/2012 | prnfle923x.mov |
| 11/20/2012 | Resident Evil Retribution (2012) DVDRip XviD MERAV |
| 11/20/2012 | [M-L]Accel World - OVA - Reverberation [Hi10p AAC 720p][A2ACDA80].mkv |
| 11/20/2012 | TetangasEspanolas.12.08.08.Sensual.Jane.Big.Tit.Latina.XXX.720p.MP4-IEVA[rbg] |
| 11/20/2012 | 12.11.19.Randi_MilfHunter_ImgZilla.mp4 |

EXHIBIT C

NEMI84

| Hit Date UTC | Filename |
|---|---|
| 11/20/2012 | 12.11.19.Molly Bennett_Housewife1on1_ImgZilla.mp4 |
| 11/20/2012 | Spandex.Loads.5.x264-PORNOLATiON |
| 11/20/2012 | Pure.MILF |
| 11/19/2012 | 12.11.19.Terra Sweet_PublicPickUps_ImgZilla.mp4 |
| 11/19/2012 | VTU ENGINEERING OPEN GL PROJECT.rar |
| 11/19/2012 | LatinaSexTapes  Wild Nudist Girlfriend  Evi Fox |
| 11/19/2012 | Moscou Amateur 10 XXX |
| 11/19/2012 | Real Wife Stories - JULIA BOND New 19 November 2012 |
| 11/18/2012 | Czech Amateurs - Episode 42 HD 720p |
| 11/18/2012 | hot big boobs amateur teen cheat her boyfriend and fuck with another guy and cry like a bitch.mp4 |
| 11/18/2012 | AmateurAllure - Maddy [1080p].wmv |
| 11/18/2012 | Moscou Amateur 8 XXX |
| 11/17/2012 | OMNI_Magazine |
| 11/15/2012 | Sensual.Jane.Massive.Anal.Cumshot.PorelChiquito.2012.HD_iyutero.com.mp4 |
| 11/14/2012 | Große Titten, Enge Fotzen 4 - Sensual Jane |
| 11/14/2012 | All Star Big Boobs - Sensual Jane |
| 11/14/2012 | Sensual.Jane.Fucked.Hard.In.Public.SexoenPublico.2012.HD_iyutero.com.mp4 |
| 11/13/2012 | 12.10.19.In it to win it_DareDorm_ImgZilla.mp4 |
| 11/13/2012 | Daredorm - Pledge Fuck - Kimbra.mp4 |
| 11/11/2012 | Windows 8 AIO 16-in-1 (Final Build 9200) + Permanent Activator |
| 11/11/2012 | Dawn's Place - Dawn Creampie.mpeg |
| 11/10/2012 | PartyOfThree.12.10.18.Mercedes.Lynn.Mila.Treasure.And.Evi.Fox.A.Lesbian.Party.Is.The.Best.XXX.720p.MP4-KTR[rbg] |
| 11/10/2012 | FTVGirls.12.10.13.Romi.Original.Visit.XXX.1080p.WMV-IEVA[rbg] |
| 11/10/2012 | X-Art - True Love - Connie [1080p].mov |

EXHIBIT C

NEMI84

| Hit Date UTC | Filename |
|---|---|
| 11/10/2012 | 11.12.27.Josephine_JoyMii_ImgZilla.mp4 |
| 11/10/2012 | X-Art - Connie - Lovers In Paradise.wmv |
| 11/10/2012 | DareDorm - Happy Analversary |
| 11/09/2012 | Rome.Evi.Fox.Tits.and.thighs.Bignaturals.2012.FullHD_iyutero.com.mp4 |
| 11/09/2012 | Dark.Moon.Rising.2009.DVDRiP.XviD-QCF [NO-RAR] - [ www.torrentday.com ] |
| 11/09/2012 | Jordan.Pryce.Huge.Latin.Tits.BigTitsRoundAsses.2012.HD_iyutero.com.mp4 |
| 11/09/2012 | btcp10377_800.mp4 |
| 11/09/2012 | 12.10.26.Eva Notty_DirtyMasseur_ImgZilla.mp4 |
| 11/09/2012 | very Hot body Pakistani Wife Paroo.mp4 |
| 11/09/2012 | David Guetta-Discography 2002-2011 |
| 11/09/2012 | BigTitCreamPie.12.10.21.Alia.Janine.Huge.Tits.And.A.Huge.Creampie.XXX.720p.MP4-OHRLY[rbg] |
| 11/09/2012 | Big Naturals - Tits And Thighs - Evi Fox [432p] [mp4] |
| 11/09/2012 | FF_Prada_150_hd_015_.mp4 |
| 11/08/2012 | BigTitsAtSchool Madison Fox |
| 11/08/2012 | Mackenzee.Pierce.Inglourious.French.Maids.Part.1.BigTitsInUniform.2012.HD_iyutero.com.mp4 |
| 11/08/2012 | 8thStreetLatinas Mandie |
| 11/08/2012 | 12.10.30.Evi Fox_InTheVip_ImgZilla.mp4 |
| 11/08/2012 | 12.11.07.Evi Fox_BigNaturals_ImgZilla.mp4 |
| 11/08/2012 | BackroomCastingCouch Delaney |
| 11/06/2012 | Orgasmatics.12.09.25.Shione.Cooper.Badass.Beauties.In.Black.XXX.1080p.MP4-KTR[rbg] |
| 11/04/2012 | 12.10.27.x-art_gianna_ibiza_love_540_ImgZilla.mp4 |
| 11/04/2012 | Shione.Cooper.Her.Most.Incredible.Closeups.2012.HD.mp4 |
| 11/04/2012 | x-art_kaylee_kyle_still_with_me_1080.mov |
| 11/03/2012 | Snow White and the Huntsman 2012 ENG DVDRip XviD-COALiTiON |
| 11/01/2012 | [ UsaBit.com ] - Dark Tide 2012.DVDRIP.XVID.AC3.CrEwSaDe |

EXHIBIT C

NEMI84

| Hit Date UTC | Filename |
|---|---|
| 11/01/2012 | Young Stally - Young and Flashy (2007) - Rap By FEFE2003.rar |
| 10/31/2012 | Indian Kashmiri Burkha Babe With Curvy Ass And Big Boobs Getting Fucked And EXposed.rar |
| 10/31/2012 | The Tall Man 2012 BRRip XViD-sC0rp |
| 10/29/2012 | RealExGirlfriends - Danni Dillion.wmv |
| 10/29/2012 | BackRoomMilf - Esperanza Gomez |
| 10/29/2012 | MyDadsHotGirlfriend - Aletta Ocean.avi |
| 10/29/2012 | Moms With Big Tits 9.wmv |
| 10/27/2012 | atarigames |
| 10/26/2012 | The Expendables 2 {2012} D.V.D Rip |
| 10/25/2012 | Nerdy.Girls |
| 10/25/2012 | mwhfevitamick_qt.mp4 |
| 10/25/2012 | [ www.Torrenting.com ] - Wrong.Turn.5.Bloodlines.2012.Unrated.DVDRip.XVID.AC3.HQ.Hive-CM8 |
| 10/25/2012 | Abraham Lincoln Vampire Hunter (2012) [1080p] |
| 10/24/2012 | Red Passion_750.mp4 |
| 10/24/2012 | Best New Starlets 2012 |
| 10/24/2012 | Chi Magazine September - Kate Middleton Topless Photos |
| 10/24/2012 | The Ward DVDRIP XViD - IMAGiNE |
| 10/18/2012 | [ www.UsaBit.com ] - Greystone Park.2012.480p.BRRIp.XviD.AC3-PTpOWeR |
| 10/18/2012 | Nikki.Sexx.Chris.Johnnson.MILFs.Seeking.Boys.2.Scene.3.RealityJunkies.2012.HD_iyutero.com.mp4 |
| 10/18/2012 | PickupFuck - Reality sex video with a pretty redhead - Penny [720p].mp4 |
| 10/17/2012 | Please Cum Inside Me 10 - Tawny Roberts.avi |
| 10/17/2012 | I Wanna Cum Inside Your Mom # 34 |
| 10/17/2012 | RealExGirlfriends.12.10.06.Whitney.Westgate.Private.Sextape.XXX.720p.WMV-SEXORS[rbg] |
| 10/11/2012 | X-Art.(57.clips) |
| 10/10/2012 | X-Art -Gabriella (Siempre en mi Corazon) 720pbb.wmv |

EXHIBIT C

NEMI84

| Hit Date UTC | Filename |
|---|---|
| 10/09/2012 | [MAME 0.145] COMPLETE COLLECTION |
| 10/07/2012 | 905.mp4 |
| 10/07/2012 | Big.Naturals.22.XXX.DVDRip.XviD-UPPERCUT |
| 10/06/2012 | Domination Nation 1,2 (1996) |
| 10/06/2012 | 2016 Obama's America WEBRip XViD UNiQUE |
| 10/06/2012 | Gilmore.Girls.S07E11.HDTV.XViD-YesTV |
| 10/04/2012 | PornFidelity - Bridgette B, Kelly Madison  (Smothered By Boobies - BTS VIdeo) |
| 10/04/2012 | 454_jacky_joy_full-hd_360p.mp4 |
| 09/29/2012 | YoungBusty - Melissa - 19 Cup E |
| 09/29/2012 | erin.wmv |
| 09/27/2012 | new.girl.s01e14.vostfr.fastsub.hdtv-k3v67.mkv |
| 09/27/2012 | What To Expect When You're Expecting (2012) DVDRip X-ViD-FiCO |
| 09/27/2012 | aa.jana.720p.wmv |
| 09/27/2012 | [X-Art]  Wet Orgasm - Veronica [1080p] |
| 09/26/2012 | Tamil hot college student fucked by her friend's brother |
| 09/26/2012 | x - art - Caprice (Fucking Perfection) 720bb.wmv |
| 09/26/2012 | X-Art - Black Lace Bliss - Gianna [720p].mov |
| 09/26/2012 | x-art_kaylee_ian_first_love_540.mov |
| 09/26/2012 | The Avengers (2012) [1080p] |
| 09/26/2012 | 12.09.05.Raeleen Ryder_BigNaturals.mp4 |
| 09/22/2012 | The Butterfly Effect 2 [DVDRip][2006][Eng][BugBunny] |
| 09/22/2012 | Ice.Age.4.Continental.Drift.2012.DVDRip.XviD-UZI |
| 09/18/2012 | Prometheus.2012.DVDRip.XViD.AC3-REFiLL |
| 09/17/2012 | The.Cabin.In.The.Woods.2012.HDRiP.XViD-PSEUDO |

EXHIBIT C

NEMI84