UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action Case No. 2:13-cv-12216-PDB-RSW |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address, 68.60.140.87, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR EXPEDITED HEARING**

Plaintiff, Malibu Media, LLC, respectfully requests an expedited hearing on its Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference (the "Motion"), filed May 17, 2013 [Dkt. #2], and states:

This is a copyright infringement case against John Doe Defendant known to Plaintiff only by an IP address. Defendant's Internet Service Providers (the "ISPs"), can correlate Defendant's IP address to a subscriber. Plaintiff has filed its Motion and Memorandum of Law in Support thereof, but the issue remains pending before the Court. This is a time-sensitive matter, as ISPs only retains its subscribers' identities for a short period of time. Should Plaintiff fail to timely issue a subpoena to the ISP, Defendant's information will be lost.

Plaintiff's Motion is unopposed because Defendant remains unknown and has not made an appearance in the case. Plaintiff anticipates that the hearing will take no longer than one (1) hour.

WHEREFORE, Plaintiff respectfully requests that this Court schedule an expedited hearing on Plaintiff's Motion for Leave, as the Court's schedule may permit.

1

NEMI84-1

Dated: June 20, 2013

> Respectfully submitted,
>
> NICOLETTI & ASSOCIATES, PLLC
>
> By:  /s/ *Paul J. Nicoletti*
> Paul J. Nicoletti, Esq. (P44419)
> 36880 Woodward Ave, Suite 100
> Bloomfield Hills, MI 48304
> Tel: (248) 203-7800
> Fax: (248) 203-7801
> E-Fax: (248) 928-7051
> Email: paul@nicoletti-associates.com
> *Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to MI R USDCTED LR 5.1(a) I hereby certify that the PLAINTIFF'S MOTION FOR EXPEDITED HEARING has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3). This document was prepared using Times New Roman (12 pt.).

Dated: June 20, 2013

> By:  /s/ *Paul J. Nicoletti*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

> By:  /s/ *Paul J. Nicoletti*